HENRY VON DER LEITH, PLAINTIFF IN ERROR, v. THE STATE OF NEW JERSEY, DEFENDANT IN ERROR.

On error to the Supreme Court.   For opinion of the Supreme Court, see *ante p.* 46.

For the plaintiff in error, *William D. Daly.*

For the defendant in error, *Charles H. Winfield.*

PER CURIAM.

The judgment in this case is affirmed upon the opinion in the Supreme Court.

*For affirmance*—THE CHIEF JUSTICE, COLLINS, DEPUE, DIXON, GUMMERE, LUDLOW, ADAMS, BOGERT, HENDRICKSON, NIXON.   10.

*For reversal*—None.